## NASH agt. GRIDLEY

James Nash Senior plaint. agt Joseph Gridley Defendt in an Action of the case for not paying the Summe of one hundred pounds in money due by bond or Covt datd 24º March. 1676. under the hand and Seale of Sd Gridley with damages: . . . The Jury . . . found for the plaint. Forfiture of the bond one hundred pounds money and costs of Court. On Request of the Defendt & by mutuall Agreement of both partys The Court chancered this Forfiture to thirteen pounds eight Shillings money including the costs of Court.

## JENKINS agt. VEERING

Samuel Jenkins plaint. agt John Veering Defendt in an action of debt of Five pounds and ten pence in money due by bill bearing date. 22 Janurº 1677 [ **534** ] under the hand of the sd Vering with damages: . . . The Jury . . . found for the plaint. Five pounds & ten pence in money and costs of Court allowd three & twenty Shillings 6d

Execution issued 7th Novr 1678.